FILED
2022 SEP 27 PM 3: 09
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

__Arthur M. Notz III__
Plaintiff

vs.   Case Number: 5:22-cv-428-GAPPRL

__The People And Donald Trump And The State of Florida__
Defendant

~~Discover~~ Lawsuit
(Title of Document)

① Stole The Apprentice (Donald Trump)
— Stole it off my Resume. Jack, Mule
— Used it to try Make an Ass (Donkey) out of me. Even at Alamosa even at A Bar.
— Including Ric And A Resturant
— And the state Scott of Florida Since 2004.
② — The People have been, William, Scott, Harrassing the Person Dildo/s. Dildonado/ same, the Brooksville P.d./ Prison, Jail, Hernando County, St. Pete Jail, same Kevin Hart, Lake County→ I-berty, Iberia, Stevey same Mundre, Miley Cyrus, A cop Name Miley in St. Pete, Open Threat by All. Dickless toilet And Broke Chicks... Sewer In A Library.

Ostracization
Child Service†
Abuse†
How do you spell discovery.
And Hiding In A Library.
And More than one Library.

③ Sylvester Stallone Even At the Sage in farmington, NM. Yellow Plate's including Donald Trump. And Cristina Dawson An Ex-Girlfriend

④ No Nutt Navy sailor in Brooksville Jail even on the Discovery Channel open threats from cop's And the People.

⑤ 5 Dollar Food + A Jeff (cop's) Phister Open Threat even from the People. ~~~~~~ Cop's, Judge, Court House,

⑥ F.B.I. Mueller And open threat from the People even In farmington, N.M. at A Local well...

⑦ ⬤ ⬤ B-A-D-G-E, Water Works, Electrical, Tcks (Spare me the) Discovery Chan, The President, The People, Etc., They Are All Threatening.

⑧ (Ingte)-008-up the Ass, Threatening Me as ⑧ In-Ate-Lee Stupid...

⑨ Tryed to Ker-A-Bat (Boy) In Kingman They (Cer-bat) Tryed to Cerbat... (Boy... Arizona,

⑩ Tryed Making Display, or Ass, out of the Person talking.

⑪ Stealing all of My Idea's... They were stealing all my Idea's...

⑫ The Rest trying to make the person talking sound And Look Like Pollack's

(left margin) Lawsuit Against Sally Port Even Against Sally (Field) the Cops Even calling Me A Dumbass...

Ass, And Rufus the Dufus, or Rufus Rabbit... In Public, Private, And on Broad Cast Television. have been threatening me as An Idiot, dombass, Jackass, Idiom, Donkey, Rainbow Room, Idiot... Quef(as)...

(13) I want Reporation's for that And Monetary Amount, of

① Three Trillion Dollars.
② My Driver's Liscense Reinstated.
③ And Record Cleaned Off.
(14) Stolen Home Project... All 3 Stole Home Projects... Tried steppen around it even with A College, Cops, Weather Underground, Weather Viral, Government Cons, Contractors Judges...

If I Listed Every thing they stole I'de be Here All day... Several of Which is in here, or on a Short List. They stole Ideo's, Design Plan's, to A Kitchen, Vehicle's, the Person's talking Life Plan's, to do Anything. Clothing, Apparrel, Life Goals...

← Lost

Name: Arthur M. Notz III
Street Address: 21021 Shady Grove Rd
City, State, Zip Code: Groveland, Fl. 34736
Telephone Number: (352) 365-1639

Sincerly,
Arthur Notz

(15) Stolen Moto G Phone Legal Expensense A. Fee's And Fee's

(16) Trying to put Monkey on Sum Body Back.

(17) Play-Boy Even Stolen, H-H, H-1, Hugh Heffener...

(18) Trying to Walk, A Damn monkey Even A Rainbow Randy, And the F.B.I.

(19) Joe - Joe Biden to 2022, is An Open Treat, Joe JoeJoe, So Jicue... Errored... Broad-Way Joe...

Arthur M. Notz III
Name
21021 Shady Grove Rd
Street Address
Groveland, Fl. 34736
City, State, Zip Code
(352) 365-1639
Telephone Number